

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00308-CR

Gerald **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR1095
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 2, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court